**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES SMITH, and TYLAR SPENCER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>RPA ENERGY, INC., BRIAN TROMBINO, and ADAM BASHE,<br><br>          Defendants. | Civil Case No. 24-cv-1254 (JSR)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS Plaintiffs James Smith and Tylar Spencer and Defendants RPA Energy, Inc., Brian Trombino, and Adam Bashe have privately resolved all claims raised in the above-captioned case (the "Action").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that this Arbitration shall be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii),, with each party to bear its own costs.

Dated: December 11, 2024

                **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

                By: _____

                D. Greg Blankinship
                One North Broadway, Suite 900
                White Plains, New York 10601
                Tel: (914) 298-3281
                gblankinship@fbfglaw.com

                WITTELS MCINTURFF PALIKOVIC
                J. Burkett McInturff

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Tel: (914) 775-8862
jbm@wittelslaw.com
jlh@wittelslaw.com

*Counsel for Plaintiffs*

**STEPTOE LLP**

By: _____/s/ Ashwin J. Ram_____

Ashwin J. Ram
STEPTOE LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9400
aram@steptoe.com

Evan M. Goldstick
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
egoldstick@steptoe.com

*Counsel for Defendants*

SO ORDERED: _____/s/ Jed S. Rakoff_____
Hon. Jed S. Rakoff
U.S. DISTRICT COURT JUDGE

12-14-24